| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> NORTHERN DISTRICT OF ILLINOIS | |
| Case number *(if known)* _____ | Chapter you are filing under: <br> ■ Chapter 7 <br> ☐ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13      ☐ Check if this an amended filing |

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Arthurich** <br> First name <br><br> **H** <br> Middle name <br><br> **Grant** <br> Last name and Suffix (Sr., Jr., II, III) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-8476** | |

Official Form 101        **Voluntary Petition for Individuals Filing for Bankruptcy**        page 1

Debtor 1    **Arthurich H Grant** _____    Case number *(if known)* _____

Official Form 101

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **4.** | **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs | ☐ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs |
| **5.** | **Where you live** | **1367 Buffalo Ave**<br>**Calumet City, IL 60409**<br>Number, Street, City, State & ZIP Code<br><br>**Cook**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>**2345 E. 185th Ct. Unit #27**<br>**Lansing, IL 60438**<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6.** | **Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ |

Debtor 1   Arthurich H Grant _____   Case number *(if known)* _____

### Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

- ☒ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☒ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| | | |
| | | |
| | | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☒ No
- ☐ Yes.

Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____
Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____

**11. Do you rent your residence?**

- ☐ No.   Go to line 12.
- ☒ Yes.   Has your landlord obtained an eviction judgment against you?
  - ☒ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1    **Arthurich H Grant** _____    Case number *(if known)* _____

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☐ No. Go to Part 4.

■ Yes. Name and location of business

**See Attachment**
Name of business, if any

_____
Number, Street, City, State & ZIP Code

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____
Number, Street, City, State & Zip Code

Official Form 101    **Voluntary Petition for Individuals Filing for Bankruptcy**    page 4

Debtor 1   **Arthurich H Grant**                                                                                     Case number *(if known)*

| Part 5: | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.** The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file. If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:* <br><br> ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** <br> Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. <br><br> ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** <br> Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. <br><br> ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** <br> To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. <br><br> Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. <br> If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. <br><br> Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. <br><br> ☐ **I am not required to receive a briefing about credit counseling because of:** <br><br> ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. <br><br> ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. <br><br> ☐ **Active duty.** I am currently on active military duty in a military combat zone. <br><br> If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:* <br><br> ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** <br> Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. <br><br> ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** <br> Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. <br><br> ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** <br> To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. <br><br> Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. <br><br> If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. <br><br> Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. <br><br> ☐ **I am not required to receive a briefing about credit counseling because of**: <br><br> ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. <br><br> ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. <br><br> ☐ **Active duty.** I am currently on active military duty in a military combat zone. <br><br> If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1  **Arthurich H Grant**     Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Arthurich H Grant**
_____
**Arthurich H Grant**
Signature of Debtor 1

Signature of Debtor 2

Executed on  **April 12, 2018**
             MM / DD / YYYY

Executed on _____
             MM / DD / YYYY

Debtor 1   **Arthurich H Grant** _____   Case number *(if known)* _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Kevin D. Rouse ARDC**                          Date   **April 12, 2018**
Signature of Attorney for Debtor                            MM / DD / YYYY

**Kevin D. Rouse ARDC #6284394**
Printed name

**Ledford, Wu & Borges, LLC**
Firm name

**105 W. Madison**
**23rd Floor**
**Chicago, IL 60602**
Number, Street, City, State & ZIP Code

Contact phone   **312-853-0200**             Email address   **notice@billbusters.com**

**#6284394 IL**
Bar number & State

Debtor 1  **Arthurich H Grant** _____  Case number *(if known)* _____

| **Fill in this information to identify your case:** |
|---|

Debtor 1  **Arthurich H Grant**
          First Name    Middle Name    Last Name

Debtor 2  _____
(Spouse if, filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number
(if known)  _____

☐ Check if this is an amended filing

# FORM 101. VOLUNTARY PETITION ATTACHMENT

## Additional Sole Proprietorship(s)

**Better Home Relocations Company**
Name of business, if any

**1011 E. 162nd St.**
**South Holland, IL 60473-2567**
Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

■   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

**Rent Interiors Property Management**
Name of business, if any

**1011 E. 162nd Street**
**South Holland, IL 60473**
Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

■   None of the above

.

Arthurich H Grant
2345 E. 185th Ct. Unit #27
Lansing, IL 60438


Kevin D. Rouse ARDC
Ledford, Wu & Borges, LLC
105 W. Madison
23rd Floor
Chicago, IL 60602


180 Building
478 E. Altemonte Dr., #108
Altamonte Springs, FL 32701


Accurate Mechanical
175 Shabbona Dr
Park Forest, IL 60466


ACL Collection Services
P.O. Box 27901
West Allis, WI 53227


Allstate Insurance
8209 IBM Dr., #102
Charlotte, NC 28262


American Family
6000 American Parkway
Madison, WI 53783


Amex
Correspondence
Po Box 981540
El Paso, TX 79998


Ansher Collection
4524 Southlake Pkwy
Birmingham, AL 35244


Astor Law Group
555 Skokie Blvd, #500
Northbrook, IL 60062

```
AT & T Universe
PO Box 5014
Carol Stream, IL 60197


Bank of America
PO Box 982238
El Paso, TX 79998


Bank of America
P.O. Box 53137
Phoenix, AZ 85072


BB&T
Attn: Bankruptcy
Po Box 1847
Wilson, NC 27894


Brandon Jones
936 S. Old Orchard Lane
Lewisville, TX 75067


Calument City Photo Enforcement
75 Remitance Dr.,, #6658
Chicago, IL 60675


Calumet City Building Department
670 Wentworth Ave.,
Calumet City, IL 60409


Calumet City Water Department
204 Pulaski Rd.
PO Box 1519
Calumet City, IL 60409


CBE Group
1309 Technology Pkwy
Cedar Falls, IA 50613


CBO Group
1309 Technology Pkwy
Cedar Falls, IA 50613
```

Cbusasears
Citicorp Credit Srvs/Centralized Bankrup
Po Box 790040
Saint Louis, MO 63179

Chase Bank
PO Box 659732
San Antonio, TX 78265

Chase Card Services
Attn: Correspondence Dept
Po Box 15298
Wilmington, DE 19850

Chicago Association of Realtors
430 N. Michigan Avenue, 4th Floor
Chicago, IL 60603

Citi Bank
P. O. Box 6286
Sioux Falls, SD 57117

Citibank / Sears
Citicorp Credit Services/Attn: Centraliz
Po Box 790040
Saint Louis, MO 63179

Citibank/Best Buy
Citicorp Credit Srvs/Centralized Bankrup
Po Box 790040
St. Louis, MO 63179

Citibank/Sears
Citicorp Credit Srvs/Centralized Bankrup
Po Box 490040
St. Louis, MO 63179

Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63129

City of chicago Dept. of Revenue
c/o Arnold Scott Harris PC
111 W. Jackson Ste 600
Chicago, IL 60604

Clayton County Water
P.O. Box 117195
Atlanta, GA 30368


Comed
P.O. Box 6111
Carol Stream, IL 60197


Comenity Bank/Victoria Secret
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218


Cook County Clerk's Office
118 N. Clark St.
Room 434
Chicago, IL 60602


Cook County Department of Revenue
25766 Nerwork Place
Chicago, IL 60673


Cook County Treasurer
PO Box 805438
PIN: 25-30-112-038-0000
Chicago, IL 60680


Country Mutual Insurance
PO Box 2100
Bloomington, IL 61702


Credibility Capital
P.O. Box 503430
San Diego, CA 92150


Credibility Capital
P.O. Box 206536
Dallas, TX 75320


Credit Collection Services
725 Canton St.
Norwood, MA 02062

Darryl Montgomery
8329 S. May
Chicago, IL 60620


Dehan & Bach
25 Whitney Dr., #106
P.O. Box 929
Milford, OH 45150


Enterprise Rental
P.O. Box 403328
Atlanta, GA 30304


FedEx
P.O. Box 94515
Palatine, IL 60094


Fidelity Life
P.O. Box 5030
Des Plaines, IL 60017


Flex Insurance
P.O. Box 475
Northbrook, IL 60065


Foremost Insurance
4725 N. Western Ave., #1B
Chicago, IL 60625


Franciscan Alliance
P.O. Box 3475
Toledo, OH 43607


Freedom Inc
2 S. Biscayne Blcd, Suite 3760
Miami, FL 33131


Freedom Life Insurance
300 Burnett St., Suite 200
Fort Worth, TX 76102


Georgia Natural Gas
P.O. Box 105445
Atlanta, GA 30348

Gileo LLC
555 Skokie Blvd, #500
Northbrook, IL 60062


Glen Torherst
1201 Harbor Dr
Lockport, IL 60441


Global Self Storage
14900 Woodlawn Avenue
Dolton, IL 60419


Globe Life and Accident Ins.
PO Box 268844
Oklahoma City, OK 73126-8844


Godwin Anetekhai
2200 Mark Circle
Bolingbrook, IL 60490


Great Lakes Credit Union
P.O. Box 1289
Deerfield, IL 60015


Great Lks Cu
2525 Green Bay Rd
North Chicago, IL 60064


Greater Northwest Indiana Associati
800 E. 86th Avenue
Merrillville, IN 46410


Harris & Harris, Ltd.
111 W Jackson Blvd., Ste 400
Chicago, IL 60604


Home Depot
PO Box 790328
Saint Louis, MO 63179


Home Depot
P.O. Box 7032
Sioux Falls, SD 57117

```
Homewood Disposal Service
1501 W. 175th St.
Homewood, IL 60430


IRS
c/o Centralized INsolvency Operatio
P.O.Box 21126
Philadelphia, PA 19114


Jabert Beard
7334 S. Yale
Chicago, IL 60621


Jennifer Robinson
6601 Hemlock Street
Gary, IN 46403


June 21st LLC
478 E. Altemonte Dr., #108-420
Altamonte Springs, FL 32701


Lee McCoy
6616 fairfield
Chicago, IL 60629


Liberty Mutual
P.O. Box 1525
Dover, NH 03821


Liberty Mutual
P.O. Box 85830
San Diego, CA 92186


Linebarger Goggan Blair &
PO Box 06152
Chicago, IL 60606-0152


LJ Ross
PO Box 6099
Jackson, MI 49204


Marlene Krist
16047 Avalon Avenue
South Holland, IL 60473
```

Mary Alvarez
10305 S. Greenbay Avenue
Chicago, IL 60617


McCarthy, Burgess & Wolff
26000 Cannon Rd.
Cleveland, OH 44146


MCSI
7330 College Dr
Suite 108
Palo Heights, IL 60463


Michealson & Hessinger
15 Spinning Wheel Rd, #202
Hinsdale, IL 60521


Midland
P.O. Box 07520
Fort Myers, FL 33919


MLA
2860 River Rd., #200
Des Plaines, IL 60018


Municipal Collections of America
3348 Ridge Rd.
Lansing, IL 60438-3112


Nasin Ali
897 Port Washington Dr.
Frankfort, IL 60423


Neron NA Inc
478 E. Altamonte Dr #108390
Altamonte Springs, FL 32701


Nicor Gas
PO Box 2020
Aurora, IL 60507


Octavia Berry Johnson
1438 Circle Dr.
Forest Park, IL 60130

OPISAS USA
478 E. Altamonte Dr., #108
Altamonte Springs, FL 32701


OTTO 9
478 E. Altemonte Dr., #108
Altamonte Springs, FL 32701


Penn Credit
PO Box 1259
Dept 91047
Oaks, PA 19456


Peoples Gas
P.O. Box 2968
Milwaukee, WI 53201


Pink
P.O. Box 659728
San Antonio, TX 78265


Pitney Bowes
2225 American Drive
Neenah, WI 54956


PMB Rentals
1075 Mineral Wells Avenue
Paris, TN 38242


Ready Fresh
6661 Dixie Highway #4
Louisville, KY 40258


Rebuilding America
32 W. Nebraska, Suite 1C
Frankfort, IL 60423


Republic Services
13701 S Kostner
Midlothian, IL 60445


River Link
PO Box 16799
Austin, TX 78761

Safran LLC
478 Altamonte Dr.
Altamonte Springs, FL 32701


Sears
P.O. Box 9001055
Louisville, KY 40290


Sheffield Financial
P.O. Box 1704
Clemmons, NC 27012


Sherwin Williams Co
4776 Joneboro Rd
Union City, GA 30291


Shushma Patel
6442 S. Francisco
Chicago, IL 60629


SJJV LLC
11956 Bernando Plaza Dr., #151
Coronado, CA 92118


Solocosebelle Inc.
1680 Michigan, #910
Miami Beach, FL 33139


South Holland Business Account
P.O. Box 334
South Holland, IL 60473


SOUTH Holland Police
P.O. Box 7200
Beverly, MA


State Farm Financial Services
3 State Farm Plaza
Bloomington, IL 61710


State Farm Insurance
2700 S. Sunlander
Tempe, AZ 85282-3335

Synchrony Bank
P.O. Box 965004
Orlando, FL 32896-5004


Synchrony Bank/Care Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


T-Mobile
PO Box 742596
Cincinnati, OH 45274-2596


Tailbase Inc.
4650 Bvd des Laurentides
#350, Lavai, QC H7K 2j4
Canada


Target
P.O.Box 660170
Dallas, TX 75266


The Hartford
P.O. Box 330
Clinton, NY 13323


Travelers Insurance
P.O. Box 26385
Richmond, VA 23260


Tristan & Cervantes
30 W. Monroe, Suite 630
Chicago, IL 60603


Universal Property & Casualty
1110 W. Commercial Blvd, #300
Fort Lauderdale, FL 33309


Village of Calumet Park
12409 S. Throop Street
Riverdale, IL 60827


Village of Dolton
P.O. Box 6278
Carol Stream, IL 60197

Document      Page 20 of 20

Village of Melrose Park
1000 N. 25th Ave.
Melrose Park, IL 60160

Village of Riverdale
725 W. 138th Street
Riverdale, IL 60827

Visa Dept Store National Bank/Macy's
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040

Waste Industries
3301 Benson Dr., #601
Raleigh, NC 27609

Wheeler Financial, Inc.
120 N. LaSalle Street
Suite 1350
Chicago, IL 60602

Womens Business Development Center
8 S. Michigan Avenue
Chicago, IL 60603

Xfinity
844 169th Street
Hammond, IN 46324